# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

CONSOLIDATED UNDER MDL
DOCKET NO. 875

JOHN E. SMITH,

     Plaintiff,

v.

GENERAL ELECTRIC COMPANY, ET AL.,

     Defendants.

EDPA File No.  2:10-cv-78955

## NOTICE OF SUBSTITUION OF COUNSEL FOR
## DEFENDANT AIR & LIQUID SYSTEMS CORPORATION,
## AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.

To the Clerk:

    Kindly withdraw the appearance of Kathleen L. Killoy as counsel for Defendant Air &

Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc., and substitute the

appearance of Corey M. Dennis, in the above-referenced matter.

          THE DEFENDANT,
          Air & Liquid Systems Corporation, as Successor by
          Merger to Buffalo Pumps, Inc.


          */s/Corey M. Dennis*
          Corey M. Dennis, BBO #673345
          Governo Law Firm LLC
          Two International Place, 15th Floor
          Boston, MA  02110
          Phone:  (617) 737-9045
          Fax: (617) 737-9046
          cdennis@governo.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.


/s/Corey M. Dennis
Corey M. Dennis